UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GTEC INDUSTRIES, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>ISABEL CASILLAS GUZMAN,<br>Administrator, U.S. Small Business<br>Administration,<br><br>*Defendant*. | Civil Action No. 1:19-cv-01030 (CJN) |

### ORDER

This matter is before the Court on Defendant's Motion for Summary Judgment, ECF No. 33, and Plaintiff's Motion for Summary Judgment, ECF No. 34.

For the reasons set forth in the accompanying memorandum opinion, it is

**ORDERED** that the Defendant's Motion is **GRANTED**. It is further

**ORDERED** that Plaintiff's Motion is **DENIED**.

This is a final appealable order.

The Clerk is directed to terminate the case.

DATE: August 16, 2022

_____
CARL J. NICHOLS
United States District Judge